158 A.3d 587

VICTOR V. JORGE, PLAINTIFF–PETITIONER, v. CITY OF NEWARK, DEFENDANT–RESPONDENT.

January 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005373–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.